■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETE COLON, Appellant. [909 NYS2d 356]—Judgment of resentence, Supreme Court, Bronx County (John P. Collins, J.), rendered December 2, 2009, resentencing defendant to a term of three years, with two years' postrelease supervision, unanimously affirmed.

The court provided a sufficient reduction of sentence pursuant to CPL 440.46, and we perceive no basis for reducing defendant's term of postrelease supervision to 1½ years. Concur—Andrias, J.P., Nardelli, Moskowitz, DeGrasse and Román, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SHAUN McMANUS, Appellant, v MARTIN F. HORN, Commissioner of the New York City Department of Corrections, Respondent. [909 NYS2d 357]—Order, Supreme Court, Bronx County (Martin Marcus, J.), entered on or about October 23, 2009, which denied petitioner's application for a writ of habeas corpus and dismissed the petition, unanimously affirmed, without costs.

The habeas court properly determined that the bail court (Steven L. Barrett, J.), was authorized to fix cash only bail. Paragraphs (a) and (b) of CPL 520.10 (2) do not limit the discretion of a judge to direct that bail be posted in one form only. Concur—Andrias, J.P., Nardelli, Moskowitz, DeGrasse and Román, JJ. [**Prior Case History: 26 Misc 3d 317.**]